**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Victor Manuel Almeida Valenzuela,
Petitioner,
v.
Pamela Bondi, et al.,
Respondents.

No. CV-26-00044-PHX-SMB (JFM)

**ORDER**

Petitioner filed this action under 28 U.S.C. § 2241 challenging his immigration detention. (Doc. 1.) After briefing was complete, the Court ordered Respondents to file a supplemental response. (Doc. 15.) In the Supplemental Response, Respondents state: "The undersigned was unable to establish facts to sufficient to determine whether there is a significant likelihood of Petitioner's removal in the reasonably foreseeable future. *See Zadvydas v. Davis*, 533 U.S. 678 (2001). Accordingly, Respondents do not oppose the petition at this time." (Doc. 16.) The Court accepts this concession as non-opposition to granting the Petition.

**IT IS ORDERED:**

(1) Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted** as to his request for release from custody. The remainder of the Petition is denied as moot.

(2) Respondents must immediately release Petitioner from custody under the same conditions that existed before his detention.

(3) Respondents must provide a notice of compliance within **two days** of this

Order.

(4) Any pending motions are denied as moot and the Clerk of Court must enter judgment in Petitioner's favor and close this case.

Dated this 1st day of October, 2026.

Honorable Susan M. Brnovich
United States District Judge