**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Victor Manuel Almeida Valenzuela,
Petitioner,
v.
Pamela Bondi, et al.,
Respondents.

No. CV-26-00044-PHX-SMB (JFM)

**ORDER**

On October 1, 2026, the Court entered an order in Petitioner's favor in this 28 U.S.C. § 2241 action and directed Respondents to immediately release Petitioner from immigration custody under the same conditions that existed prior to his detention. (Doc. 17.) On October 13, 2026, Petitioner filed a Motion to Reopen and Motion to Enforce, indicating that Respondents have failed to release Petitioner from custody. (Doc. 20.)

**IT IS THEREFORE ORDERED** Respondents must file a response to Petitioner's Motion to Reopen and Motion to Enforce no later than **October 21, 2026**.

Dated this 16th day of October, 2026.

Honorable Susan M. Brnovich
United States District Judge